IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| SUNTRUST BANK, <br>     Appellant, <br><br> v. <br><br> FOREST SPRINGS, LLC, <br>     Debtor-Appellee, | ) ) ) ) ) ) ) ) | No. 5:10-CV-318-F |
| SUNTRUST BANK, <br>     Appellant, <br><br> v. <br><br> FOREST SPRINGS, LLC, <br>     Debtor-Appellee, | ) ) ) ) ) ) ) ) | No. 5:10-CV-319-F |
| SUNTRUST BANK, <br>     Appellant, <br><br> v. <br><br> FOREST SPRINGS, LLC, <br>     Debtor-Appellee, | ) ) ) ) ) ) ) ) ) | No. 5:10-CV-321-F |

**ORDER DISMISSING APPEAL**

Pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure, for good cause shown, and upon the Stipulation of Dismissal With Prejudice signed by Appellant and Debtor-Appellee, the above-captioned appeals are each DISMISSED with prejudice. Appellant and Debtor-Appellee shall each bear their own costs and attorneys' fees incurred in connection with this matter. SO ORDERED.

This 14th day of December, 2010.

                                                                   James C. Fox
                                                                   Senior United States District Judge